IN RE: **Riordan J. ZAVALA, also known as Riordan J. Zavala, Esq. also known as Law Offices of Riordan J. Zavala,** Debtor.

**Riordan J. Zavala, Appellant,**

v.

**George A. Sharp, Appellee.**

**No. 16-55561**

United States Court of Appeals, Ninth Circuit.

Submitted October 23, 2017 *

Filed October 30, 2017

Riordan J. Zavala, Pro Se

George A. Sharp, Pro Se

Before: McKEOWN, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Chapter 7 debtor Riordan J. Zavala appeals pro se from the district court's order dismissing his bankruptcy appeal for failure to prosecute. We have jurisdiction

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

under 28 U.S.C. § 158(d) and 1291. We review for an abuse of discretion, *Moneymaker v. CoBen (In re Eisen)*, 31 F.3d 1447, 1451 (9th Cir. 1994), and we affirm.

The district court did not abuse its discretion by dismissing Zavala's appeal for failure to prosecute, after granting two extensions of time to file an opening brief, warning that no further extensions would be granted, and providing an opportunity for Zavala to respond to an order to show cause prior to dismissal. *See id.* at 1451-56 (discussing factors to weigh in determining whether to dismiss for failure to prosecute; noting that "[a] reviewing court will give deference to the district court to decide what is unreasonable because it is in the best position to determine what period of delay can be endured before its docket becomes unmanageable" (citations omitted)); *see also* Fed. R. Bankr. P. 8018(a)(4) (permitting district court to dismiss a bankruptcy appeal on its own motion, after notice, if an appellant fails to file a timely brief).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.